UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:17-CR-19-TBR

UNITED STATES OF AMERICA, PLAINTIFF

v.

STEPHEN M. PATTERSON, DEFENDANTS

**MEMORANDUM OPINION & ORDER**

This matter comes before the Court upon Motion to Dismiss, (R. 37), filed by Defendant Steven M. Patterson. Although Patterson is represented, he has filed the instant Motion on his own behalf. For the reasons that follow, Patterson's Motion to Dismiss is **DENIED**.

DISCUSSION

Patterson moves to dismiss the charges against him due to vindictive prosecution pursuant to Rule 12 of the Federal Rules of Criminal Procedure. He also claims that the government has no evidence against him and that he is innocent. He claims that the government is engaged in a conspiracy against him.

In order to demonstrate vindictive prosecution, the Defendant must show three things: (1) exercise of a protected right; (2) a prosecutorial stake in the exercise of that right; (3) unreasonableness of the prosecutor's conduct; [and] (4) the intent to punish the defendant for exercise of the protected right." *United States v. Taylor*, No. 3:04cr130, 2006 U.S. Dist. LEXIS 96583, at *10 (S.D. Ohio July 31, 2006) (citing *Nat'l Eng'g & Contracting Co. v. Herman*, 181 F.3d 715, 722 (6th Cir. 1999)). Patterson has shown none of these things. Instead, he makes wild

allegations against the government without any support. For instance, Patterson states, "I have been targeted for my gender (being a straight man in America), being a registered republican, my family relations, practicing Islam, the color of my skin, and for not allowing myself to be influenced by anti-Trumpest, feminist or other external influences." (R. 37). Patterson presents no evidence to substantiate any of his claims beyond his own conclusory statements. The Court summarily denies Patterson's Motion to Dismiss and encourages him to leave his defense, to his appointed counsel.

CONCLUSSION

For the reasons stated above, Patterson's Motion to Dismiss, (R. 37), is HEREBY DENIED.

IT IS SO ORDERED.

**Thomas B. Russell, Senior Judge**
**United States District Court**
May 2, 2019

cc. counsel