# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CRIMINAL ACTION NO. 5:17-cr-00019-TBR

UNITED STATES OF AMERICA                                          PLAINTIFF

v.

STEPHEN M. PATTERSON, JR.                                         DEFENDANT

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendant Stephen Patterson's ("Patterson") Motion for Reconsideration. [DN 137]. The government has responded. [DN 139]. As such, this matter is ripe for adjudication. For the reasons that follow, **IT IS HEREBY ORDERED** that Patterson's Motion for Reconsideration [DN 137] is **DENIED**.

In his Motion for Reconsideration, Patterson argues that he is not a dangerous criminal and he should not have to contract COVID-19 in order to be eligible for release. However, Patterson does not present any new information to that Court that was not considered in the Court's earlier decision. [DN 136]. In the earlier Opinion, the Court found Patterson had not shown proof of exhaustion of administrative remedies. [*Id.* at 3]. At that time, district courts were split on the issue of waiver of this requirement. However, since the Court's decision, the Sixth Circuit has held the exhaustion requirement is mandatory. *See United States v. Alam,* 960 F.3d 831, 833-834 (6th Cir. 2020). Therefore, the Court cannot grant Patterson relief without proof of exhaustion.

Notwithstanding the fact Patterson had not shown evidence of exhaustion, the Court considered the merits of Patterson's argument. Patterson still does not provide evidence or even argue that his high blood pressure and other heart conditions are not being managed within the facility. He also does not provide evidence that there is currently an uncontrolled outbreak of the virus where he is being housed. Without evidence that either his conditions are not being managed,

or there is an outbreak of the virus, the Court cannot grant Patterson relief. Further, Patterson has not provided any evidence that would change the Court's earlier finding that the 18 U.S.C. § 3553(a) sentencing factors do not justify release. Therefore, Patterson's motion must be denied.

For the above stated reasons, **IT IS HEREBY ORDERED** that Patterson's Motion for Reconsideration [DN 137] is **DENIED.**

**IT IS SO ORDERED.**

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

November 5, 2020

cc: Stephen M. Patterson, Jr.
19000-033
GRAYSON COUNTY DETENTION CENTER
320 Shaw Station Road
Leitchfield, KY 42754
PRO SE